The BOEING COMPANY, Plaintiff–
Cross Appellant,

v.

UNITED STATES, Defendant–
Appellant.

Nos. 2009–5094, 2009–5104.

United States Court of Appeals,
Federal Circuit.

Dec. 18, 2009.

ON MOTION

*ORDER*

Upon consideration of the parties' joint motion to remand this case, *The Boeing Company v. United States,* to the United States Court of Federal Claims, case no. 00–CV–705, for further proceedings consistent with the settlement agreement reached by the parties,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.